IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Bankruptcy No.: 15-70355-JAD |
|---|---|
| MATTHEW L. HAUGER, | Chapter 13 |
| Debtor, | Related to Claim No. 2-1 |
| GREEN TREE SERVICING LLC, | |
| Movant, | |
| NO RESPONDENT, | |
| Respondent | |

## CERTIFICATE OF SERVICE OF TEXT ORDER GRANTING REQUEST TO REOPEN AND RESTRICT PUBLIC ACCESS TO CLAIM

  I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 24, 2017. The Text Order states:

  Order The creditor's Motion to Reopen and Request to Restrict Public Access to Claim, filed at [44], are HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. The Clerk shall promptly close this case. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Deller. Signed on 2/23/2017. (RE: related document(s): [44] Motion to Reopen and Request to Restrict Public Access to Claim Number 2 ).

  The types of service made on the parties were:

By First-Class Mail:

Matthew L. Hauger
1013 Vickroy Avenue
Johnstown, PA 15905

and:

By Electronic Notification:

| | |
|---|---|
| Paul W. McElrath, Jr. Esq. | ecf@mcelrathlaw.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Green Tree Servicing, LLC